J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MONTE B. ZATOR,

           Plaintiff,

v.

REYNOLDS AND REYNOLDS
COMPANY, an Ohio business
organization, form unknown; and
DOES 1 through 20, inclusive,

           Defendant.

Case No.  SACV07-1461 CJC (RNBx)

ASSIGNED FOR ALL PURPOSES TO
JUDGE CORMAC J. CARNEY

**ORDER ON STIPULATION
DISMISSING ACTION WITH
PREJUDICE**

**ORDER**

1         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the

2   above-captioned action, including all claims for relief set forth therein, shall be

3   dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules

4   of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

5

6

7   Dated:   <u>May 29, 2009</u>

8                  Hon. Cormac J. Carney
               United States District Judge

9

10   Firmwide:88555169.2 046961.1017

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1.
**ORDER**